IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:12-CV-177-RJC-DSC

| | |
|---|---|
| JOSEPH T. WEATHERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LIBERTY LIFE ASSURANCE | ) |
| COMPANY OF BOSTON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [of Ashley B. Abel and Robert M. Wood ]" (documents ##7 and 8). For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: May 10, 2012

David S. Cayer
United States Magistrate Judge